

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00005-CR

CEDRIC JAMAR HILL, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 12-0317X

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Cedric Jamar Hill, appellant, has submitted to this Court a personal letter requesting dismissal of his appeal in this matter. Hill's letter was submitted shortly after his appointed counsel filed a brief with this Court indicating that he found no meritorious issues to raise on appeal. *See Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008) (orig. proceeding). We view the letter as the clearest possible expression of Hills' desire to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant Hills' request. *See* TEX. R. APP. P. 42.2(a).[1]

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted: September 15, 2015
Date Decided: September 16, 2015

Do Not Publish

---

[1]Contemporaneously with his brief, appointed counsel also filed a motion with this Court seeking to withdraw as counsel in this appeal. In accord with *Anders*, we grant counsel's request to withdraw from further representation of appellant in this case. *See Anders*, 386 U.S. at 744.